IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELVIN ROSS SINCLAIR,<br>Petitioner, | : <br> : <br> : | |
| v. | : <br> : | 3:14-cv-1116 <br><br> (Judge Mariani) |
| WARDEN J.E. THOMAS,<br>Respondent. | : <br> : <br> : | |

FILED
SCRANTON
JUN 19 2014
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 19th day of June, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for a writ of habeas corpus (Doc. 1) is **TRANSFERRED** to the United States Court of Appeals for the Fourth Circuit.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge